AO 121 (6/90)

| TO: Register of Copyrights, Copyright Office, Library of Congress, Washington, D.C. 20559 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

☑ ACTION  ☐ APPEAL

| DOCKET NO. | DATE FILED | COURT NAME AND LOCATION |
|---|---|---|
| 4:13-CV-494-Y | 6/18/2013 | US District Court, Northern District of Texas |

| PLAINTIFF | DEFENDANT |
|---|---|
| ERGUN M. CANER | JONATHAN AUTRY AND JASON SMATHERS |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | Ergun Caner gives his testimony to US Marines in New River | Dr. Ergun M. Caner |
| 2 | Top Ten Things You Need to Know About Islam | Dr. Ergun M. Caner |
| 3 | Ergun Educated in Cairo, Egypt | Dr. Ergun M. Caner |
| 4 | Ergun Caner trains US Marines (o-club) | Dr. Ergun M. Caner |
| 5 | Ergun Caner trains US Marines (base theater) | Dr. Ergun M. Caner |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY: ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED: ☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED: ☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Karen Mitchell | /s/M. Foley | 6/18/2013 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy