IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DR. ERGUN M. CANER | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:13-CV-494-Y |
| | § | |
| JASON SMATHERS | § | |

## FINAL JUDGMENT

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, all claims against Defendant are hereby DISMISSED WITH PREJUDICE to their refiling. All costs of court under 28 U.S.C. § 1920 are taxed against Plaintiff.

SIGNED April 17, 2014.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE