# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

### Ft. Worth Division

| | | |
|---|---|---|
| ERGUN CANER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 4:13-cv-00494 (Y) |
| | * | |
| JASON SMATHERS, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ERRATA**

Upon review of the filed copy of his sworn declaration, Dkt. #54-1, the undersigned noticed that the final entry in his chart of billable hours was missing.  On 1 May 2014 he also spent 1.9 hours drafting and filing Defendant's Bill of Costs and Fee Petition.  This time is included in the 36.9-hour total.  The undersigned apologizes for the oversight.

Date:   May 2, 2014

                                                                             Respectfully submitted,

                                                                             /s/ Kelly B. McClanahan  
                                                                             Kelly B. McClanahan, Esq.  
                                                                             N.D. Tex. Bar #984704DC  
                                                                             National Security Counselors  
                                                                             1200 South Courthouse Road  
                                                                             Suite 124  
                                                                             Arlington, VA  22204  
                                                                             301-728-5908  
                                                                             240-681-2189 fax  
                                                                             Kel@NationalSecurityLaw.org

                                                                             *Counsel for Defendant*