AO 133   (Rev. 12/09) Bill of Costs - TXND

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| Ergun Caner | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No.: 13-494 (Y) |
| Jason Smathers | ) | |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __04/17/2014__ against __Ergun Caner__,
                                                                              *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk .................................................................. | $ 201.00 |
| Fees for service of summons and subpoena ................................................ | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | |
| Fees and disbursements for printing ................................................... | |
| Fees for witnesses *(itemize on page two)* ............................................... | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ................................................. | 213.00 |
| Docket fees under 28 U.S.C. 1923 ...................................................... | |
| Costs as shown on Mandate of Court of Appeals ......................................... | |
| Compensation of court-appointed experts ............................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| TOTAL | $ 414.00 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service          [ ] First class mail, postage prepaid

[ ] Other: _____

s/ Attorney: __Kel McClanahan__

Name of Attorney: __Kel McClanahan__

For: __Jason Smathers__                    Date: __05/01/2014__
     *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of $414.00 and included in the judgment.

CLERK OF COURT

By: __N. Klingelhofer__   __May 15, 2014__
    *Deputy Clerk*        *Date*

AO 133 (Rev. 12/09) Bill of Costs - TXND

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) |||||||
|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE || SUBSISTENCE || MILEAGE || Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL || $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the partyclaiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, cost s — other than attorney's fees — should be allo wed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# ITEMIZATION OF COSTS

Fees of the Clerk

$201 – Application fee for attorney Kelly McClanahan to be admitted to the bar of this Court to defend his client

Fees for exemplification

$213 – Cost to obtain copies from the U.S. Copyright Office of Plaintiff's pending applications and deposited materials (receipt attached).

Ex. A

Case 4:13-cv-00494-Y   Document 58   Filed 05/15/14   Page 4 of 4   PageID 354
Case 4:13-cv-00494-Y   Document 53-1   Filed 05/01/14   Page 2 of 2   PageID 278

4c



Date: April 14, 2014

LIBRARY
OF
CONGRESS

Mr. Kel McClanahan
National Security Counselors
1200 South Courthouse Road
Suite 124
Arlington, VA 22204

Type of remittance received:

check or money order

deposit account--
description number:

credit card
SR1-1287502221

COPYRIGHT
OFFICE

101 Independence
Avenue, S.E.

The Certifications and Documents Section has provided the following services and applied fees as shown below.

| | |
|---|---:|
| Retrieval of electronic records | $165.00 |
| Photocopying of pending electronic applications and deposits | $48.00 |
| **Total fees charged** | **$213.00** |
| **Total remittance received** | **$213.00** |

Washington, D.C.
20559-6000

Sincerely yours,
Jarletta Walls
Supervisory Copyright Specialist
Records Research and Certification
Office of Public Records and Repositories
Register of Copyrights

Enclosure: 4
Pending application and deposit for SR1-1006528651 & SR1-1006532048