## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

### Ft. Worth Division

| | |
|---|---|
| ERGUN CANER, | * |
| Plaintiff, | * |
| v. | *   Civil Action No. 4:13-cv-00494 (Y) |
| JASON SMATHERS, | * |
| Defendant. | * |

## ORDER

UPON CONSIDERATION OF Defendant's *Nunc Pro Tunc* Motion for Enlargement of Time to File His Reply in Support of His Petition for Attorneys' Fees, any opposition thereto, and the entire record herein, it is this _____ day of _____, 2014,

**ORDERED** that Defendant's Motion is **GRANTED**.

_____
Terry R. Means
United States District Judge