# GIBBS LAW FIRM
ATTORNEYS AND COUNSELORS AT LAW

Please Respond to:

☐ **Florida Office:**
5666 Seminole Boulevard, Suite Two
Seminole, Florida 33772

☐ **Texas Office:**
2650 FM 407, Suite #255
Bartonville, Texas 76226

☐ **Washington, D.C., Office:**
20 F Street NW, Suite #700
Washington, D.C. 20001

June 3, 2013

DMCA Complaints
Viddler, Inc.
521 E 4th Street
Second Floor
Belthlehem, PA 18015
copyright@viddler.com

      Re: DMCA Complaint

Dear Viddler DMCA Complaints,

I write today on behalf of my client, Dr. Ergun Caner, who is availing his rights under the DMCA. This letter serves as a Notice of Infringement as authorized by the United States Copyright Laws, codified in 17 U.S.C. § 512(c)(3) (2012).

As required under subsections (c)(3) and (d)(3) of the above referenced code, we are required to place you under notice that:

1) Dr. Caner is the exclusive owner of the copyrights in and to the text, artwork, logos, videos, and photographs of his public speeches and presentations.
2) Dr. Caner has not granted permission—nor has he authorized anyone—to post any video or any part of any video in any Viddler presentation.
3) Any unauthorized use of this material infringes upon the exclusive right of the owner, Dr. Caner.

Please be advised that at no time has Dr. Caner either received a request for permission or granted permission to anyone to post any portion of his copyrighted materials. Therefore, please immediately remove any Viddler posting that contains any material to which Dr. Caner is the exclusive owner. The following postings contain unauthorized uses of Dr. Caner's copyrighted material of which he is currently aware:

| Video | URL | User Account |
|---|---|---|
| *Ergun Caner trains US Marines (o-club)* | http://www.viddler.com/v/a713eee9 | Jsin |

Ex. D

Dr. Caner, to date, has been unable to determine the actual identity of those individuals who are continuing to post video material for which he remains the exclusive owner and for which he has never granted permission for any posting, nor has any such permission ever been requested regarding these Viddler videos.

I have a good faith belief that these uses of Dr. Caner's material have never been authorized by the copyright owner, its agent, or the law. The information in this notification is accurate, and under penalty of perjury, I am the owner, or an agent authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed.

Should you require any further information regarding this matter, please contact me at the address, telephone number or email address indicated below:

David C. Gibbs III
Gibbs Law Firm, P.A.
2650 FM 407, Suite #255
Bartonville, TX 76226
(727) 362-3700
Fax (727) 398-3907

Sincerely,

*David C. Gibbs III*

David C. Gibbs III
*Admitted in Florida, North Dakota, Minnesota, Colorado, Texas, Ohio, Tennessee, Michigan, the District of Columbia, Multiple Federal Courts, and the United States Supreme Court*