Case 4:13-cv-00494-Y   Document 62-3   Filed 06/07/14   Page 1 of 2   PageID 408



Home   Return to Search   🖨 Print

**Property Year 2014**   Tax Summary

Property ID:   R000071622   Geo ID:   15320.001.016.00

**\*\* Property Alert \*\* This property's 2014 value(s) are preliminary and un-certified.**

*Property Details*

Ownership

CANER ERGUN & JILL MORRIS CARNER

511 MUIR HILL CT
ALEDO, TX 76008

Ownership Interest: 1.0000000

Map Number: J-17

Available Actions

Qualified Exemptions

Homestead

Legal Information

Legal: Acres: 1.150, Subd: MUIR HILLS ESTATES, LOT: 16, BLK: 1, ADDN: MUIR HILL ESTATES

Situs: MUIR HILL CT 511

*Property Valuation History*

| Values by Year | | 2014 | 2013 | 2012 | 2011 | 2010 | n/a |
|---|---|---|---|---|---|---|---|
| Improvements | + | $334,610 | $334,610 | $322,510 | $322,510 | $329,090 | $0 |
| Land | + | $65,000 | $65,000 | $65,000 | $65,000 | $50,000 | $0 |
| Production Market | + | $0 | $0 | $0 | $0 | $0 | $0 |
| Personal | + | $0 | $0 | $0 | $0 | $0 | $0 |
| Mineral | + | $0 | $0 | $0 | $0 | $0 | $0 |
| Total Market | = | $399,610 | $399,610 | $387,510 | $387,510 | $379,090 | $0 |
| Agricultural Loss | - | $0 | $0 | $0 | $0 | $0 | $0 |
| Homestead Cap Loss | - | $0 | $0 | $0 | $0 | $0 | $0 |
| Total Assessed | = | $399,610 | $399,610 | $387,510 | $387,510 | $379,090 | $0 |

Ex. F

*Improvement / Buildings     Improvement Value: $334,610*

| Group Sequence | Code | Building Description | Year Built | Square Footage | Perimeter Footage |
|---|---|---|---|---|---|
| 1 | LA | LIVING AREA | 2001 | 2,291 | 217 |
| 2 | LT | LIVING AREA 2ND STORY | 2001 | 1,296 | 154 |
| 3 | OP | OPEN PORCH | 2001 | 571 | 124 |
| 4 | OP | OPEN PORCH | 2001 | 494 | 155 |
| 5 | AG | ATTACHED GARAGE | 2001 | 848 | 118 |
| 6 | PO20 | SWIMMING POOL | 2007 | 0 | |

*Land Details     Market Value: $65,000     Production Market Value: $0     Production Value: $0*

| Land Code | Acres | Sq. Ft. | Front Ft. | Rear Ft. | Depth | Mkt. Value | Prd. Value |
|---|---|---|---|---|---|---|---|
| S65 | 1.150 | 50,094 | 1 | 1 | | 65,000 | 0 |

*Deed History*

| Sold By | Volume | Page | Deed Date | Instrument |
|---|---|---|---|---|
| PUTNAM MICHAEL J & AMY C | 2952 | 1432 | 10/26/2012 | 806228 |
| MCSTAY MICHAEL P & PATRICIA P | 2422 | 1064 | 4/3/2006 | 591654 |
| n/a | | | 5/16/2000 | |
| H P HOMES INC | 1915 | 109 | 2/28/2001 | |

## Property Tax Estimation by Entity / Jurisdiction

| Code | Description | Taxable Value | Tax Rate per $100 | Tax Factor applied to Taxable Value | Estimated Tax |
|---|---|---|---|---|---|
| AL | ALEDO I.S.D. | 384,610 | $1.4252 | 0.014252 | $5,481.46 |
| COL | JR COLLEGE DISTR | 399,610 | $0.11464 | 0.0011464 | $458.11 |
| ES3 | EMERGENCY SERV #3 | 399,610 | $0.10 | 0.001 | $399.61 |
| HOS | HOSPITAL DISTRICT | 399,610 | $0.11793 | 0.0011793 | $471.26 |
| LTR | LATERAL ROAD | 396,610 | $0.0825787 | 0.000825787 | $327.52 |
| PAR | PARKER COUNTY | 399,610 | $0.3297963 | 0.003297963 | $1,317.90 |
| | **Total Estimation** | | **$2.170145** | **0.02170145** | **$8,455.86** |

The above property tax estimation is not a tax bill.  Do not pay.
Click here to view actual Property Tax Bill.

Southwest Data Solutions provides this information "as is" without warranty of any kind.
Southwest Data Solutions is not responsible for any errors or omissions.