

# Property Information Report

City of Lynchburg Assessor's Office
900 Church Street
Lynchburg, VA 24504
Telephone: (434) 455-3830
8:30a.m. - 5:00 p.m. Mon - Fri

| | | | |
|---|---|---|---|
| **Parcel ID:** | 21707004 | **Owner:** | CANER, ERGUN & JILL |
| **Property Address:** | 1132 WIGGINGTON RD LYNCHBURG, VA 24502 | **Mailing Address:** | 511 MUIR HILL CT ALEDO, TX 76008-2574 |

| Property Descriptions | |
|---|---|
| **Legal Description:** | G W & S I GIVENS, LOT 1 |
| **Neighborhood:** | 516 : WIGGINGTON RD - WEST |
| **Property Class:** | 101 : RESIDENTIAL - DETACHED SNG FAM |

| Land Information | |
|---|---|
| **Area:** | Legal Acreage: 1.382 GIS Acreage: 1.410 |
| **Frontage:** | 273.00ft |
| **Depth:** | 0ft |

| Special Assessments | |
|---|---|
| **Participant in Land Use:** | NO |
| **Land Use Deferral Amount:** | -- |
| **Participant in Rehab Program:** | NO |
| **Exempt Amount:** | -- |
| **Participant Until:** | -- |

| School Zones | |
|---|---|
| **Elementary School:** | BEDFORD HILLS ELEMENTARY |
| **Middle School:** | LINKHORNE MIDDLE |
| **High School:** | E C GLASS HIGH |

| **Zoning:** | **Zoning Description:** |
|---|---|
| R-1 | Low Density Single-Family Residential |

## Ownership History

| Sale Date | Sale Amount | Seller's Name | Buyer's Name | Document No | Deed Bk / Pg | Conveyance |
|---|---|---|---|---|---|---|
| 5/18/2006 | $154,000 | LEWIS, DEANNA M | CANER, ERGUN & JILL | 060004658 | | DEED |
| 3/21/1991 | $79,900 | GIVENS, GEORGE W & SYLVIA I | LEWIS, DEANNA M | | 789 800 | DEED |
| 10/25/1983 | $68,000 | HARTMAN, DAVID N & MARILYN R | GIVENS, GEORGE W & SYLVIA I | | 633 734 | DEED |
| 1/23/1978 | $55,800 | MCDANIEL, THOMAS L & ELAINE K 1972 | HARTMAN, DAVID N & MARILYN R | | 542 392 | DEED |
| 1/1/1976 | $0 | BEDFORD COUNTY ANNEXATION 1976 | | | | |

## Assessment

| Year | Land Value | Improvement Value | Total Value |
|---|---|---|---|
| 2013 | $32,000 | $124,800 | $156,800 |
| 2012 | $32,000 | $124,800 | $156,800 |
| 2011 | $32,000 | $124,800 | $156,800 |
| 2010 | $32,000 | $124,800 | $156,800 |
| 2009 | $32,000 | $124,800 | $156,800 |
| 2008 | $27,000 | $123,200 | $150,200 |
| 2007 | $27,000 | $123,200 | $150,200 |
| 2006 | $25,000 | $120,000 | $145,000 |
| 2005 | $25,000 | $120,000 | $145,000 |
| 2004 | $26,500 | $116,600 | $143,100 |
| 2003 | $26,500 | $116,600 | $143,100 |

DISCLAIMER: This data is provided without warranty of any kind, either expressed or implied, including but not limited to, the implied warrangiesof merchantability and fitness for a particular purpose. Any person, firm or corporation which uses this map or any of the enclosed information assumes allrisk for the inaccuracy thereof, as the city of Lynchburg expressly disclaims any liability for loss or damage arising from the use of said information by anythird party.

Ex. G

**Real Estate Property Tax Information**

**Total Due: $0.00**

| Current Year | Type | Date Due | Tax Billed | Penalty Billed | Interest Billed | Tax Paid | Penalty Paid | Interest Paid | Date Paid | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|
| Installment #:1 | Tax | 11/15/13 | $435.12 | $0.00 | $0.00 | $435.12 | $0.00 | $0.00 | 9/25/2013 | $0.00 |
| Installment #:2 | Tax | 01/15/14 | $435.12 | $0.00 | $0.00 | $435.12 | $0.00 | $0.00 | 12/13/2013 | $0.00 |
| Installment #:3 | Tax | 03/17/14 | $435.12 | $0.00 | $0.00 | $435.12 | $0.00 | $0.00 | 2/18/2014 | $0.00 |
| Installment #:4 | Tax | 05/15/14 | $435.12 | $0.00 | $0.00 | $435.12 | $0.00 | $0.00 | 4/15/2014 | $0.00 |

| History | Type | Tax Billed | Penalty Billed | Interest Billed | Tax Paid | Penalty Paid | Interest Paid | Date Paid | Balance Due |
|---|---|---|---|---|---|---|---|---|---|
| 2012 | Tax | $1,740.48 | $0.00 | $0.00 | $1,740.48 | $0.00 | $0.00 | 4/23/2013 | $0.00 |
| 2011 | Tax | $1,646.40 | $0.00 | $0.00 | $1,646.40 | $0.00 | $0.00 | 5/3/2012 | $0.00 |
| 2010 | Tax | $1,646.40 | $0.00 | $0.00 | $1,646.40 | $0.00 | $0.00 | 4/21/2011 | $0.00 |
| 2009 | Tax | $1,646.40 | $0.00 | $0.00 | $1,646.40 | $0.00 | $0.00 | 5/6/2010 | $0.00 |
| 2008 | Tax | $1,577.10 | $0.00 | $0.00 | $1,577.10 | $0.00 | $0.00 | 5/11/2009 | $0.00 |
| 2007 | Tax | $1,577.10 | $0.00 | $0.00 | $1,577.10 | $0.00 | $0.00 | 5/12/2008 | $0.00 |
| 2006 | Tax | $1,609.50 | $0.00 | $0.00 | $1,609.50 | $0.00 | $0.00 | 5/9/2007 | $0.00 |
| 2005 | Tax | $1,609.50 | $0.00 | $0.00 | $1,609.50 | $0.00 | $0.00 | 10/27/2005 | $0.00 |
| 2004 | Tax | $1,588.41 | $0.00 | $0.00 | $1,588.41 | $0.00 | $0.00 | 2/25/2005 | $0.00 |
| 2003 | Tax | $1,588.41 | $0.00 | $0.00 | $1,588.41 | $0.00 | $0.00 | 10/27/2003 | $0.00 |
| 2002 | Tax | $1,498.50 | $0.00 | $0.00 | $1,498.50 | $0.00 | $0.00 | 4/25/2003 | $0.00 |
| 2001 | Tax | $1,498.50 | $0.00 | $0.00 | $1,498.50 | $0.00 | $0.00 | 5/16/2002 | $0.00 |
| 2000 | Tax | $965.70 | $0.00 | $0.00 | $965.70 | $0.00 | $0.00 | 5/2/2001 | $0.00 |
| 1999 | Tax | $965.70 | $0.00 | $0.00 | $965.70 | $0.00 | $0.00 | 5/9/2000 | $0.00 |
| 1998 | Tax | $921.30 | $0.00 | $0.00 | $921.30 | $0.00 | $0.00 | 3/17/1999 | $0.00 |
| 1997 | Tax | $921.30 | $0.00 | $0.00 | $921.30 | $0.00 | $0.00 | 5/12/1998 | $0.00 |
| 1996 | Tax | $888.00 | $0.00 | $0.00 | $888.00 | $0.00 | $0.00 | 5/14/1997 | $0.00 |
| 1995 | Tax | $904.00 | $0.00 | $0.00 | $904.00 | $0.00 | $0.00 | 5/16/1996 | $0.00 |
| 1994 | Tax | $899.00 | $0.00 | $0.00 | $899.00 | $0.00 | $0.00 | 11/14/1994 | $0.00 |
| 1993 | Tax | $899.00 | $0.00 | $0.00 | $899.00 | $0.00 | $0.00 | 3/11/1994 | $0.00 |

DISCLAIMER: This data is provided without warranty of any kind, either expressed or implied, including but not limited to, the implied warrangiesof merchantability and fitness for a particular purpose. Any person, firm or corporation which uses this map or any of the enclosed information assumes allrisk for the inaccuracy thereof, as the city of Lynchburg expressly disclaims any liability for loss or damage arising from the use of said information by anythird party.

**Recent Sales Information by Neighborhood**

| Parcel ID | Property Address | Recorded Sale Date | Sale Amount | Seller's Name | Buyer's Name | Document Num |
|---|---|---|---|---|---|---|
| 21406004 | 2010 WIGGINGTON RD | 5/28/2014 | $368,000 | GIVENS, STUART D & KATHLEEN | FRETZ, KEVIN J & FAITH A | 140002875 |
| 21707009 | 1022 WIGGINGTON RD | 2/18/2014 | $174,900 | WARDEN, DAVID | SIMPSON, BRIAN E & MARY A | 140000814 |
| 21704004 | 909 MERCURY ST | 1/13/2014 | $0 | COVINGTON, AARON B & ESTHER C | COVINGTON, AARON B & ESTHER C LIFE | 140000191 |
| 21710001 | 1111 WIGGINGTON RD | 12/4/2013 | $0 | GARRISON, GLADYS | GILMARTIN, WANDA E & | 130000325 |
| 21710002 | 1115 WIGGINGTON RD | 12/4/2013 | $0 | GARRISON, GLADYS | GILMARTIN, WANDA E & | 130000325 |
| 21502001 | 2137 WIGGINGTON RD | 7/31/2013 | $48,000 | BOONSBORO DEVELOPERS LLC | HARTLESS, GUY M JR & KIMBERLY F | 130005595 |
| 21702002 | 124 BURNHAM LN | 6/4/2013 | $0 | MCNALLY, EDWARD B | MCNALLY, EDWARD B TRS | 130004064 |
| 21806001 | 128 BURNHAM LN | 6/4/2013 | $0 | MCNALLY, EDWARD B | MCNALLY, EDWARD B TRS | 130004064 |
| 21710003 | 1119 WIGGINGTON RD | 1/2/2013 | $0 | STATON, JACK H & WANDA F | STATON, JACK H | 130000005 |
| 21707006 | 1128 WIGGINGTON RD | 11/16/2012 | $0 | WEAVER, W BRADLEY & NANCY STEWART | WEAVER, W BRADLEY | 120007700 |
| 21406005 | 2106 WIGGINGTON RD | 5/24/2012 | $0 | COLEMAN, MILTON D & LOIS M | COLEMAN, MILTON D | 120000139 |
| 21706005 | 1008 WIGGINGTON RD | 3/12/2012 | $119,900 | THOMAS, PAUL G & JOAN C | PHILLIPS, KATHY M | 120001569 |
| 21401001 | 1510 WIGGINGTON RD | 12/8/2011 | $140,000 | BK & CK ENTERPRISES LLC | LOCKERMAN, JOSHUA K & MICHELLE L | 110007104 |
| 21602008 | 1521 WIGGINGTON RD | 11/18/2011 | $36,200 | DUBOIS, MARGARET E J & | FRISA, EDWARD E JR & JANE S | 110006712 |
| 21401003 | 1620 WIGGINGTON RD | 10/11/2011 | $0 | DAVIS, JANE W TRS | COX, RONALD C & SUSANNAH D | 110005836 |
| 21401006 | 1610 WIGGINGTON RD | 10/11/2011 | $0 | DAVIS, JANE W TRS | COX, RONALD C & SUSANNAH D | 110005836 |
| 21401007 | 1618 WIGGINGTON RD | 10/11/2011 | $0 | DAVIS, JANE W TRS | COX, RONALD C & SUSANNAH D | 110005836 |
| 21709012 | 1518 WIGGINGTON RD | 8/23/2011 | $0 | DAVIS, JANE W TRS | MALOTT, MICHAEL C & CAROLINE D | 110004863 |
| 21709013 | 1516 WIGGINGTON RD | 8/23/2011 | $0 | DAVIS, JANE W TRS | MALOTT, MICHAEL C & CAROLINE D | 110004863 |
| 21709010 | 1500 WIGGINGTON RD | 8/23/2011 | $0 | DAVIS, JANE W TRS | MALOTT, MICHAEL C & CAROLINE D | 110004863 |
| 21501003 | 2119 WIGGINGTON RD | 5/23/2011 | $28,800 | BLACK, LARRY E ETALS | LAUGHMAN, DANIEL L & CYNTHIA L | 110003025 |
| 21703002 | 912 MERCURY ST | 4/26/2011 | $0 | ARTHUR, EDWARD J & LOUISE H | ARTHUR, EDWARD J ESTATE & LOUISE H | 110000128 |
| 21703005 | 908 MERCURY ST | 4/26/2011 | $0 | ARTHUR, EDWARD J | ARTHUR, EDWARD J ESTATE | 110000128 |
| 21402004 | 1642 WIGGINGTON RD | 2/18/2011 | $0 | CABELL, RICHARD B SR & | WEBB, MAURENE EPPS TRS | 110000989 |
| 22203003 | 815 WIGGINGTON RD | 8/3/2010 | $0 | GOFF, GARLAND L & J MARGUERITE | GOFF, MARIAH G | 100005046 |
| 22202008 | 832 WIGGINGTON RD | 7/30/2010 | $115,000 | RUSS, FREEMAN C JR | DEWITT, TOMMY R | 100004947 |
| 21704003 | 913 MERCURY ST | 5/28/2010 | $79,900 | BROWN, DAVID A | SPANGLER, ANJULEA | 100003456 |
| 21704001 | 938 WIGGINGTON RD | 5/7/2010 | $131,000 | DAVIS, DANNY L & DAVIS, KENNETH F | BROWN, DAVID A | 100002930 |
| 21706002 | 113 SATURN ST | 4/2/2010 | $142,500 | CONCORD LAKE HAVEN INC | CLARK, JEFFREY G & JOY L | 100002018 |
| 21404004 | 1645 WIGGINGTON RD | 2/18/2010 | $5,000 | BROWN, JATA M | GILLISPIE, ROBERT D III & JUDITH V L | 100001025 |

DISCLAIMER: This data is provided without warranty of any kind, either expressed or implied, including but not limited to, the implied warrangiesof merchantability and fitness for a particular purpose. Any person, firm or corporation which uses this map or any of the enclosed information assumes allrisk for the inaccuracy thereof, as the city of Lynchburg expressly disclaims any liability for loss or damage arising from the use of said information by anythird party

| Improvement: RESIDENTIAL 1.0 STORY |
|---|



## 1.0 STORY

| | | | |
|---|---|---|---|
| **Year:** | 1968 | **Foundation:** | Full Bsmt |
| **Size:** | 1976 | **Frame::** | Wood frame |
| **Basement Sq Ft:** | 1361 | **Exterior Wall:** | Brick Veneer |
| **Fin Basement Sq Ft:** | 615 | **Roof Type:** | Gable |
| **Fin Attic Sq Ft:** | 0 | **Roof Material:** | Comp sh to 235# |
| **Tot Fin Sq Ft:** | 1976 | **Heat Type:** | Heat Pump |
| **# Of Rooms:** | 7 | **Air Conditioned:** | Y |
| **# Of Bedrooms:** | 3 | **Fireplaces:** | Y |
| **# Of Full Baths:** | 3 | | |
| **# Of Half Baths:** | 0 | | |

| | |
|---|---|
| **Feature:** | Open Masonry Porch |
| **Feature Size:** | 96 |
| **Feature:** | Concrete |
| **Feature Size:** | 160 |
| **Feature:** | Wood Deck |
| **Feature Size:** | 336 |

## Attached Garage

| | | |
|---|---|---|
| **Year:** | 0 | |
| **Size:** | 533 | |

DISCLAIMER: This data is provided without warranty of any kind, either expressed or implied, including but not limited to, the implied warrangiesof merchantability and fitness for a particular purpose. Any person, firm or corporation which uses this map or any of the enclosed information assumes allrisk for the inaccuracy thereof, as the city of Lynchburg expressly disclaims any liability for loss or damage arising from the use of said information by anythird party.