

**Legend**

1. Gates Hall
2. Palmer Building
3. Cadle Building (John W. McArther Clinic)
4. Leroy Hall
5. Lee House
6. Miller Music Building
7. Jordon Business Building
8. Robinson Hall
9. Parker Gymnasium
10. Fountain-New Library
11. Parker Building
12. Cook Building
13. Phillips Student Center
14. Newton Building
15. McAllister Hall
16. Thompson Hall
17. Salter Building
18. Gilder Hall (President's Home)
19. Sarah Wilson Trye Chapel
20. Holliman-Fountain Education Center
21. Baron Ridge
22. Conner House
23. Wheeler House
24. Briscoe Center
25. Friendship Hall
26. Dowling Hall
27. Historical Center
28. Student Activities Center
29. Saliba Chapel
30. Morgan-Moses Science Center
31. Half-Century Club Park

Prepared by   **HAYES MICHAEL & ASSOCIATES ARCHITECTURE**
(478) 953-9960            (478) 953-4513

Ex. H