# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

## Ft. Worth Division

| | | |
|---|---|---|
| ERGUN CANER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 4:13-cv-00494 (Y) |
| | * | |
| JASON SMATHERS, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF FILING OF CORRECTED REPLY

Smathers filed his Reply in Support of His Petition for Attorneys' Fees several hours ago. Upon reviewing the Local Rules later, the undersigned realized that he had not included the required Table of Contents and Table of Authorities. The undersigned apologizes for the oversight and is filing a reformatted Reply as an attachment to this Notice. Please disregard the Reply docketed as Dkt. #62 (but not the exhibits attached thereto).

Date:  June 8, 2014

Respectfully submitted,

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
N.D. Tex. Bar #984704DC
National Security Counselors
1200 South Courthouse Road
Suite 124
Arlington, VA  22204
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Defendant*