**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

**Ft. Worth Division**

| | | |
|---|---|---|
| ERGUN CANER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 4:13-cv-00494 (Y) |
| | * | |
| JASON SMATHERS, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

UPON CONSIDERATION OF Defendant's *Nunc Pro Tunc* Motion for Leave to File

Excess Pages, any opposition thereto, and the entire record herein, it is this _____ day of

_____, 2014,

**ORDERED** that Defendant's Motion is **GRANTED**.

_____
Terry R. Means
United States District Judge