**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

**Ft. Worth Division**

| | | |
|---|---|---|
| ERGUN CANER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 4:13-cv-00494 (Y) |
| | * | |
| JASON SMATHERS, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DEFENDANT'S NOTICE OF ADDITIONAL AUTHORITY**

Defendant respectfully informs this Court that Judge Norman K. Moon of the U.S. District Court for the Western District of Virginia issued a 21-page ruling today awarding the full amount of requested fees and costs to Defendant Jonathan Autry in the companion case *Caner v. Autry*, No. 14-4 (W.D. Va.). A copy of Judge Moon's Memorandum Opinion is attached for the Court's review.

Date:   July 1, 2014

                                              Respectfully submitted,

                                              /s/ Kelly B. McClanahan
                                              Kelly B. McClanahan, Esq.
                                              N.D. Tex. Bar #984704DC
                                              National Security Counselors
                                              1200 South Courthouse Road
                                              Suite 124
                                              Arlington, VA  22204
                                              301-728-5908
                                              240-681-2189 fax
                                              Kel@NationalSecurityLaw.org

                                              *Counsel for Defendant*