```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                      FORT WORTH DIVISION
```

DR. ERGUN M. CANER              §
                                §
VS.                             §   CIVIL ACTION NO. 4:13-CV-494-Y
                                §
JASON SMATHERS                  §

ORDER GRANTING MOTION TO FILE FEE PETITION NUNC PRO TUNC

Before the Court is Defendant's Motion to File Fee Petition *Nunc Pro Tunc* (doc. 57). By the motion, Defendant asks the Court to deem his motion for attorney's fees, which was filed one hour and two minutes after the deadline, timely. After review of the motion, response, and reply, the Court GRANTS the motion. Accordingly, Defendant's motion for attorney's fees shall be deemed timely filed.

SIGNED July 29, 2014.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/lj